# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# NORTHWESTERN DIVISION

| | | |
|---|---|---|
| Estate of Todd M. Bercier and Joshua Bercier, as Personal Representative of the Estate of Todd M. Bercier, | ) ) ) ) | |
| Plaintiff, | ) ) | **ORDER** |
| vs. | ) ) | |
| The U.S. Department of Health and Human Services, by and through Secretary Kathleen Sebelius, et. al., | ) ) ) ) | Case No. 4:10-cv-040 |
| Defendants. | ) | |

The court held a status conference with the parties by telephone on November 16, 2012. Pursuant to its discussion with the parties, the court **ORDERS**:

1. Plaintiff shall have ten days from the date of this order to respond to defendants interrogatories and requests for production of documents;

2. The trial set for January 7, 2013, at 9:30 a.m. in Minot shall be rescheduled for July 9, 2013, at 9:30 a.m. in Bismarck before Judge Hovland (4 days); and

3. The final pretrial conference set for December 27, 2012, shall be rescheduled for June 25, 2013, at 1:30 p.m. via telephone before the undersigned.

Dated this 16th day of November, 2012.

/s/ Charles S. Miller, Jr.
Charles S. Miller, Jr.
United States Magistrate Judge